UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC BELTRAN,
    Plaintiff,

v.

NANCY A. BERRYHILL,
    Defendant.

Case No. 17-cv-06674-NC

**ORDER SCREENING PLAINTIFF'S AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(e)(2)(B)**

Re: Dkt. No. 10

On December 12, 2017, the Court screened plaintiff Eric Beltran's complaint under 28 U.S.C. § 1915(e)(2)(B) and found the complaint failed to state a claim for relief. ECF 9. Beltran filed an amended complaint that added additional facts about the nature of Beltran's alleged impairments and more precisely specified how the administrative law judge allegedly erred. Again screening under § 1915(e)(2)(B), the Court finds the amended complaint states a claim for relief. The court clerk is directed to issue the proposed summons at ECF 3 and have the U.S. Marshals serve the defendant with the summons and a copy of the amended complaint.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge